Harper *v.* Harper.     Swayze *v.* Hackettstown National Bank.

JOHN HARPER, appellant,

*v.*

ELLEN HARPER et al., respondents.

On appeal from a decree advised by Vice-Chancellor Bird, whose opinion is reported in *Harper* v. *Harper, 18 Stew. Eq. 110.*

*Mr. Garret Berry,* for the appellant.

*Mr. Gilbert Collins,* for the respondents.

PER CURIAM.

This decree unanimously affirmed, for the reasons given by the vice-chancellor.

---

AURELIUS J. SWAYZE et al., appellants,

*v.*

THE HACKETTSTOWN NATIONAL BANK, respondent.

On appeal from a decree of the Chancellor, whose opinion is reported in *Swayze* v. *Hackettstown Nat. Bank, 17 Stew. Eq. 9.*

*Messrs. J. G. Shipman & Son,* for the appellants.

*Mr. William H. Morrow,* for the respondent.

PER CURIAM.

This decree unanimously affirmed, for the reasons given by the chancellor.